**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Diondrae Emanuel Jackson, Appellant.

Appellate Case No. 2019-000937

―――――――――――

Appeal From Florence County
William H. Seals, Jr., Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2021-UP-375
Submitted September 1, 2021 – Filed November 3, 2021

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender David Alexander, of Columbia, and Diondrae Emanuel Jackson, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se briefs and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.